150 A.3d 821

MARYLAND FINANCIAL AND REAL ESTATE TRUST

v.

FRENCHMAN'S CREEK CONDOMINIUM ASSOCIATION

Pet. Docket No. 403, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 469, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

150 A.3d 821

MCKNIGHT

v.

BISHOP

Pet. Docket No. 439, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Dismissed by the Court of Special Appeals (No. 1616, Sept. Term, 2015).

Petition for writ of certiorari denied.